# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

STEPHANIE ALICIA RONE

     CASE NO.: 3:24-bk-03471-JAB

   Debtor(s).

_____/

## NOTICE OF FILING AMENDED SCHEDULES A/B, SCHEDULE I AND AMENDED SUMMARY OF ASSETS & LIABILITES

Comes now the Debtor, through her undersigned attorney, and gives notice, pursuant to Bankruptcy Rule No. 1009, that she is amending Schedules A/B, Schedule I and Summary of Assets & Liabilities of her petition.

    Law Offices of Mickler & Mickler

    By:___/s/ Bryan K. Mickler_____
       BRYAN K. MICKLER
    Attorney for Debtor
    5452 Arlington Expressway
    Jacksonville, FL   32211
    (904) 725-0822/FAX: 725-0855
    Florida Bar No. 091790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof, with a copy of the Amended Schedules A/B, Schedule I and Amended Summary of Assets & Liabilities was furnished to the U.S. Trustee's Office; by CM/ECF electronic filing; this 20th day of January, 2025.

    Law Offices of Mickler & Mickler

    By:___/s/ Bryan K. Mickler_____
       BRYAN K. MICKLER

Fill in this information to identify your case and this filing:

Debtor 1: **Stephanie** **Alicia** **Rone**
First Name / Middle Name / Last Name

Debtor 2: (Spouse, if filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Middle** District of **Florida**

Case number: **3:24-bk-03471-JAB**

☑ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **113 Renwick Pkwy**
   Street address, if available, or other description

   **113 Renwick Pkwy**
   **Saint Augustine, FL**
   **32095-8625**
   City / State / ZIP Code

   **St. Johns**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: **Property Appraiser**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $820,984.00
   **Current value of the portion you own?** $820,984.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Homestead**

   ☐ **Check if this is community property** (see instructions)

   If you own or have more than one, list here:

Official Form 106A/B — Schedule A/B: Property — page **1**

Debtor **Rone, Stephanie Alicia**     Case number *(if known)* **3:24-bk-03471-JAB**

| | | |
|---|---|---|
| 1.2 | **437 Drum Court**<br>Street address, if available, or other description<br><br>**437 Fort Drum Ct**<br><br>**Saint Augustine, FL 32092**<br>City    State    ZIP Code<br><br>**St. Johns**<br>County | **What is the property?** Check all that apply.<br>☑ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>**Other information you wish to add about this item, such as local property identification number:** _____<br><br>Source of Value: **Property Appraiser** |  Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>**$390,539.00**                **$390,539.00**<br><br>**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**<br>**Homestead**<br><br>☐ **Check if this is community property** (see instructions) |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................... → **$1,211,523.00**

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Mercedes-Benz**<br>Model: **GLS 450**<br>Year: **2020**<br>Approximate mileage: **67000**<br>Other information:<br>**VIN: 4JGFF5KE5LA293497** | **Who has an interest in the property?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>**$39,900.00**                **$39,900.00** |

If you own or have more than one, describe here:

Debtor **Rone, Stephanie Alicia**   Case number *(if known)* **3:24-bk-03471-JAB**

| 3.2 | Make: | **Mercedes-Benz** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **E350** | ☑ Debtor 1 only<br>☐ Debtor 2 only | | |
| | Year: | **2010** | ☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **106000** | ☐ **Check if this is community property** (see instructions) | **$7,500.00** | **$7,500.00** |
| | Other information: | | | | |
| | **Daughter's Vehicle**<br>**VIN: WDDKJ5GB9AF038289** | | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| 4.1 | Make: | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only<br>☐ Debtor 2 only | | |
| | Year: | | ☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ **Check if this is community property** (see instructions) | | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................ → **$47,400.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........  **See Attached.**   **$5,950.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........  **Apartment residence: 4 TVs, 3 computers, PS V game system**

   **Renwick house: 11 TVs, 2 computers**   **$4,000.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. .........  **2 pistols**                                                                 $500.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe. .........

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........  **costume rings, necklaces and bracelets only**                                $250.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information. ............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................................  →  **$10,700.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

Debtor **Rone, Stephanie Alicia**  Case number *(if known)* **3:24-bk-03471-JAB**

| | Do you own or have any legal or equitable interest in any of the following? | | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|---|---|
| 16. | **Cash** | | | |
| | *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition | | | |
| | ☒ No | | | |
| | ☐ Yes ............................................................................................................................. Cash: ................. | | | |
| 17. | **Deposits of money** | | | |
| | *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each. | | | |
| | ☐ No | | | |
| | ☒ Yes .................... | Institution name: | | |
| | | 17.1. Checking account: | **Wells Fargo Bank** **Account Number: XXX6147** | **$2.09** |
| | | 17.2. Savings account: | **Wells Fargo Bank** **Account Number: XX7566** | **$471.39** |
| | | 17.3. Other financial account: | **Cash App Mobile** | **$0.00** |
| 18. | **Bonds, mutual funds, or publicly traded stocks** | | | |
| | *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts | | | |
| | ☒ No | | | |
| | ☐ Yes .................... | Institution or issuer name: | | |
| 19. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture** | | | |
| | ☐ No | | | |
| | ☒ Yes. Give specific information about them................... | Name of entity: | % of ownership: | |
| | | **EUTIS STAFFING INC - No ownership as of petition date. transferred 10/30/2024** | **100.00%** | **unknown** |
| | | **MIS JAX INC - inactive** | **100.00%** | **$0.00** |
| | | **MORAL IMPACT STAFFING LLC - closed but has potential claim against purchaser of employees and business** | **100.00%** | **unknown** |
| | | **VILLA DE LA RONE, INC** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................  Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.  Type of account:          Institution name:

    401(k) or similar plan:

    Pension plan:

    IRA:

    Retirement account:

    Keogh:

    Additional account:

    Additional account:

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes ......................  Institution name or individual:

    Security deposit on rental unit:  **Rental Deposit for current apartment residence for Debtor**    **$250.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .....................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes ................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific information about them. ... **Nursing License** — $0.00

**Money or property owed to you?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...........

    Federal:
    State:
    Local:

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value. ...

   Company name:            Beneficiary:            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No
   ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☑ Yes. Describe each claim. ..............

   **Claim against former Attorney for Chapter 13 fees due to dismissal**

   **Potential Car Accident Claim from August of 2024**

   $3,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim. ..............

Debtor **Rone, Stephanie Alicia**  Case number *(if known)* **3:24-bk-03471-JAB**

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................................................... ➔   **$3,723.48**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                                     % of ownership:

Debtor **Rone, Stephanie Alicia**     Case number *(if known)* **3:24-bk-03471-JAB**

---

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        - ☐ No
        - ☐ Yes. Describe.

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........→ **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes

48. **Crops—either growing or harvested**
    - ☑ No
    - ☐ Yes. Give specific information.

---

Debtor  Rone, Stephanie Alicia                                    Case number *(if known)* 3:24-bk-03471-JAB

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes ..................

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes ..................

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................................. → $0.00

### Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... → $0.00

### Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................................................................. → $1,211,523.00

56. **Part 2: Total vehicles, line 5**                    $47,400.00

57. **Part 3: Total personal and household items, line 15**    $10,700.00

58. **Part 4: Total financial assets, line 36**          $3,723.48

59. **Part 5: Total business-related property, line 45**  $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**  +  $0.00

62. **Total personal property.** Add lines 56 through 61. ............    $61,823.48    Copy personal property total →  +  $61,823.48

---

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | **$1,273,346.48** |

| | Continuation Page | |
|---|---|---:|
| **6.** | **Household goods and furnishings** | |
| | Apartment residence: 4 bed sets, living room set, dining set, tv stand, knick knacks | $800.00 |
| | items in storage - computer desk and clothing | $150.00 |
| | Renwick House items: 6 twin beds, 2 king beds, 2 living room suites, appliances, crib, baby bed, desk, chair and knick knacks | $5,000.00 |

<table>
<tr><td>Fill in this information to identify your case:</td><td></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Stephanie**     **Alicia**     **Rone** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Middle District of Florida** |
| Case number (if known) | **3:24-bk-03471-JAB** |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| Occupation | **Nurse** | |
| Employer's name | **Advent Health** | |
| Employer's address | | |
| | Number Street | Number Street |
| | | |
| | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | **2 months** | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.    **$0.00** | **$0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. + **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.    **$0.00** | **$0.00** |

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** | | Case number *(if known)* **3:24-bk-03471-JAB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here............................................................................→ | | 4. | $0.00 | $0.00 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | | 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $0.00 | $0.00 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $4,500.00 | $0.00 |
| | 8b. **Interest and dividends** | | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | | 9. | $4,500.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | | 10. | $4,500.00 + | $0.00 = $4,500.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____   11. **+** $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $4,500.00

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain:

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** | Case number *(if known)* **3:24-bk-03471-JAB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Air BNB Rental Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 1. | Gross Monthly Income: | | **$6,000.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | |
|---|---|---|---|
| 2. | Ordinary and necessary expense | **$1,500.00** | |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** | |
| 4. | Payroll Taxes | **$0.00** | |
| 5. | Unemployment Taxes | **$0.00** | |
| 6. | Worker's Compensation | **$0.00** | |
| 7. | Other Taxes | **$0.00** | |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** | |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** | |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** | |
| 11. | Utilities | **$0.00** | |
| 12. | Office Expenses and Supplies | **$0.00** | |
| 13. | Repairs and Maintenance | **$0.00** | |
| 14. | Vehicle Expenses | **$0.00** | |
| 15. | Travel and Entertainment | **$0.00** | |
| 16. | Equipment Rental and Leases | **$0.00** | |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** | |
| 18. | Insurance | **$0.00** | |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** | |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** | |
| 21. | Other Expenses | | |
| | TOTAL OTHER EXPENSES | **$0.00** | |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | | **$1,500.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | | **$4,500.00** |

Fill in this information to identify your case:

Debtor 1: **Stephanie** **Alicia** **Rone**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Middle District of Florida**

Case number (if known): **3:24-bk-03471-JAB**

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*...................................................................... **$1,211,523.00**
   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................................ **$61,823.48**
   1c. Copy line 63, Total of all property on *Schedule A/B*...................................................................... **$1,273,346.48**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$1,658,778.83**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... **$0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... + **$1,145,682.07**

**Your total liabilities** **$2,804,460.90**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................................ **$4,500.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................... **$8,790.00**

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** | | Case number *(if known)* **3:24-bk-03471-JAB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<h3>Part 4: Answer These Questions for Administrative and Statistical Records</h3>

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 2 of 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Stephanie | Alicia | Rone |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | _____ | _____ | _____ |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Middle District of Florida | |
| Case number (if known) | 3:24-bk-03471-JAB | | |

☑ Check if this is an amended filing

## Official Form 106Dec
### Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.



X _____
Stephanie Alicia Rone, Debtor 1

Date _____
    MM/ DD/ YYYY

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules