UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:24-bk-03471-JAB |
| STEPHANIE ALICIA RONE | Chapter 11 |
|     Debtor(s). | |

**PLAN OF REORGANIZATION**

Dated: February 5, 2025

                      Bryan K. Mickler
                      Law Offices of Mickler & Mickler, LLP
                      Attorneys for Debtor-in-Possession
                      5452 Arlington Expressway
                      Jacksonville, FL 32211
                      (904) 725-0822
                      Florida Bar No. 091790
                      bkmickler@planlaw.com

# ARTICLE I- SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of the Debtor from future income of the Debtor derived from recurring rental income and employment income of the Debtor.

This Plan provides for 9 classes of secured claims, 2 Classes of Priority Claims and 1 class of unsecured claims. General unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 1 cent(s) on the dollar. <u>The Debtor reserves the right to pre-pay the unsecured Class in full by payment of $6,000.00 at any time after Confirmation of the Plan. Upon proof of payment of the $6,000.00 by the Debtor after Confirmation, the Debtor may apply to the Court for a Discharge as if the full 60-month term of the Plan had been completed. This provision contemplates an early discharge of the case and may result in unsecured creditors receiving less funds than if the case had continued for 60 months.</u>

This Plan also provides for the payment of administrative and priority claims either upon the effective date of the Plan or as allowed under the Bankruptcy Code. All creditors and equity security holders should refer to Articles II through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

# ARTICLE II

# CLASSIFICATION OF CLAIMS AND INTERESTS

**PRIORITY CLAIMS: Not Impaired**

| Classes: | Creditor: | Interest: | Allowed Amount: | Payment: |
|---|---|---|---|---|
| 1 | Internal Revenue Service<br>400 W Bay Street M/S 5720<br>Jacksonville FL 32202<br>Acct# xxxx | 3% | $0.00<br>No POC filed | To the extent any priority claim exists - payment within 60 months of petition date with payments of $0.00 per month commencing immediately after confirmation. |
| 1 | Florida Department of Revenue<br>P O Box 6668<br>Tallahassee, Florida 32314<br>Acct# xxxx | 3% | $0.00<br>No POC filed | To the extent any priority claim exists - payment within 60 months of petition date with payments of $0.00 per month commencing immediately after confirmation. |

**SECURED CLAIMS – Impaired/Subject to Sec. 506 Valuation with retention of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 2 | Rocket Mortgage, LLC, f/k/a | Class 2 is secured by real property located | 5% | Replacement Value of $820,984.00 | The holder of the Class 3 claim shall retain its |

|  | Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226<br>Acct No.: 9477 | at 113 Renwick Parkway, St. Augustine, Florida 32095 |  | Claim No.: 9 | lien on the above property and the Debtor shall pay the replacement value, together with interest and escrow at the rate of $4,407.22 P&I together with Escrow T&I of $1206.98 for a total payment of $5,614.20 per month for months 1-360 of the plan. |
|---|---|---|---|---|---|
| 3 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>P O Box 685<br>Roanoke, TX 76262<br>Acct No.: 3001 | Class 3 is secured by a 2020 Mercedes-Benz GLS 450 | 4% | $45,000.00<br>Claim No.: ____ | The holder of the Class 7 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-72 of the Plan at $704.04 |

**SECURED CLAIMS – Impaired/Not Subject to Valuation with retention of lien:**

| Class: | Creditor: | Collateral: | Interest Rate: | Amount Allowed: | Payment: |
|---|---|---|---|---|---|
| 4 | U.S. Bank Home Mortgage<br>3751 Airpark Mail Code CN-KY-APDC<br>Owensboro, KY 42301<br>Acct No.: 2447 | Class 4 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Contract Rate | $303,859.34<br>Claim No.: 4 | The holder of the Class 2 claim shall retain its lien on the above property and the Debtor shall continue the payment of $2,356.92 a month for a period of |

4

| | | | | | months. To the extent that any post petition arrears exist those arrears will be cured in equal monthly installments during months 1-60 of the Plan period. |
|---|---|---|---|---|---|
| 5 | ETC Custodian FBO Vincenio Dawkins, Sr., IRA 401 Tulip Street Summerville, SC 29483 Acct No.: 5543 | Class 5 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 4% | $80,587.37 Claim No.: 11 | The holder of the Class 4 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-180 of the Plan at of $596.10 |
| 6 | Saint Johns – Six Mile Creek West Property Owners c/o Vesta Property Services 200 Business Park Circle, Suite 101 Saint Augustine, FL 32092 Acct No.: xxxx | Class 6 is for HOA Dues and secured by real property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 18% | $2,542.67 Claim No.: 10 | The holder of the Class 5 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-60 of the Plan at $64.57 |
| | | | | | |

**SECURED CLAIMS – Impaired/Subject to Valuation and stripping of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 7 | Carbon Copy Construction, Inc. 12412 San Jose Blvd., #301 | Class 7 is for lien and secured by real property located at located at 437 | 4% | $27,303.83 Claim No.: __ | The Debtor shall value this claim at $0.00 and the claim show be paid |

| | Jacksonville, FL 32223<br>Acct No.: 1568 | Fort Drum Court, St. Augustine, Florida 32092 | | | through Class 11 |
|---|---|---|---|---|---|
| 8 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 8 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 8% | $41,376.00<br>Claim No.: ____ | The Debtor shall value this claim at $0.00 and the claim show be paid through Class 11 |
| 9 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 9 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 0% | $18,601.00<br>Claim No.: ____ | The Debtor shall value this claim at $0.00 and the claim show be paid through Class 11 |
| | | | | | |

**SECURED CLAIMS – Impaired/Surrender in Full Satisfaction and retention of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 10 | Credit Acceptance Corp.<br>P O Box 551888<br>Detroit, MI 48255<br>Acct No.: 5609 | 2010 Mercedes-Benz E Class | N/A | $8,875.00<br>Claim No.: 5 | The Debtor shall surrender her interest in the vehicle. |
| | | | | | |

**UNSECURED CLAIMS: IMPAIRED**

| Class: | Creditors: | Payments: |
|---|---|---|
| 11 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506. | $100.00 per month (paid quarterly) for months 1-60 for 100% repayment of unsecured claims currently filed in this case. The Debtor reserves the |

| | | right to pre-pay the unsecured Class in full by payment of $6,000.00 at any time after Confirmation of the Plan. Upon proof of payment of the $6,000.00 by the Debtor after Confirmation, the Debtor may apply to the Court for a Discharge as if the full 60 month term of the Plan had been completed. This provision contemplates an early discharge of the case and may result in unsecured creditors receiving less funds than if the case had continued for 60 months. |
|---|---|---|

# ARTICLE III

# TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,

# U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01 Unclassified Claims. Under section §1123(a)(1), administrative expense claims and priority tax claims are not in classes.

3.02 Administrative Expense Claims. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03 Priority Tax Claims. Each holder of a priority tax claim will be paid in full by regular installments within 5 years of the date of the filing of the Petition by the Debtor in Possession in accordance with 11 U.S.C. § 1129(a)(9).

3.04 United States Trustee Fees. All fees required to be paid by 28 U.S.C. § 1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

**ARTICLE IV - TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN**

4.01 Claims and interests shall be treated as follows under this Plan:

| Class: | Creditor: | Collateral: | Treatment: |
|---|---|---|---|
| 2 | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226<br>Acct No.: 9477 | Class 2 is secured by real property located at 113 Renwick Parkway, St. Augustine, Florida 32095 | Replacement Value payments over 360 months |
| 3 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>P O Box 685<br>Roanoke, TX 76262<br>Acct No.: 3001 | Class 3 is secured by a 2020 Mercedes-Benz GLS 450 | Replacement Value paid over 72 month term |
| 4 | U.S. Bank Home Mortgage<br>3751 Airpark Mail Code CN-KY-APDC<br>Owensboro, KY 42301<br>Acct No.: 2447 | Class 4 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Regular Payments with cure of any post petition arrears in months 1-60 of the plan |
| 5 | ETC Custodian FBO Vincenio Dawkins, Sr., IRA<br>401 Tulip Street<br>Summerville, SC 29483<br>Acct No.: 5543 | Class 5 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Repayment of amount owed over 180 month term |
| 6 | Saint Johns – Six Mile Creek West Property Owners | Class 6 is for HOA Dues and secured by real | Cure of arrears during months 1-60 of the plan |

|   | | | |
|---|---|---|---|
|   | c/o Vesta Property Services<br>200 Business Park Circle, Suite 101<br>Saint Augustine, FL 32092<br>Acct No.: xxxx | property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | |
| 7 | Carbon Copy Construction, Inc.<br>12412 San Jose Blvd., #301<br>Jacksonville, FL 32223<br>Acct No.: 1568 | Class 7 is for lien and secured by real property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 8 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 8 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 9 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 9 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 11 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506. | Unsecured | $100.00 per month for months 1-60 of the Plan |

# ARTICLE V

## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01 Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02 Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

# ARTICLE VI

## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01 Assumed Executory Contracts and Unexpired Leases.

(a) The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

1. existing leases for tenants to occupy rental properties at Ft. Drum and Renwick properties;

2. existing contract with AirBnB for Renwick property;

3. storage lease for UHaul Storage, 130 Cumberland Park Dr., Saint Augustine, FL 32095.

(b) The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the date of the entry of the order confirming this Plan. A proof of a

claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty (30) days after the date of the order confirming this Plan.

## ARTICLE VII

## GENERAL PROVISIONS

7.01 Definitions and Rules of Construction. The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:   N/A

7.02 Effective Date of Plan. The effective date of this Plan is the 15th day following the date of the entry of the order of confirmation. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

7.03 Severability. If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

7.04 Binding Effect. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

7.05 Captions. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

7.06 Controlling Effect. Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

7.07 Corporate Governance. No provisions required by § 1123(a)(6) of the Code.

## ARTICLE VIII

## DISCHARGE

8.01. Discharge. Confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments to the unsecured class under this Plan, or as otherwise provided in § 1141(d)(5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

8.02. The Court may, however, upon Motion and hearing, at its discretion administratively close the case without entry of a discharge, until the plan payments have been made. Upon completion of all payments to unsecured class under the Plan or as otherwise available to the Debtor under Section 1141(d)(5)(B) of the Code, the Debtor intends to file a Motion for Discharge.

8.03. The Debtor(s) is/are not entitled to a discharge in this case until completion of all payments to the unsecured class under the Plan. To the extent that the case is dismissed or converted to one under Chapter 7, then the creditors' liens shall be restored to pre-petition status and amount, with credit for any post-petition payments received (as applied under the pre-petition contractual status).

## ARTICLE IX

## OTHER PROVISIONS

9.01 Payments to the various Classes under this Plan of Reorganization shall commence twenty (20) days after the date that the Plan of Reorganization becomes final and non-appealable unless otherwise specifically stated with respect to treatment of each particular class.

9.02 Pursuant to 11 U.S.C. § 1141(b), confirmation of this plan does not vest property of the estate,

as defined by 11 U.S.C. § 1115, in the debtor(s) until discharge of the case.

9.03 This Plan contemplates payments to mortgage holders and/or servicers from property of the estate. Such payments may differ from the original contractual obligation of the debtor(s) pursuant to the mortgage contracts. To the extent that such plan payments are not applied to any modified mortgage account as contemplated by the Plan, the Bankruptcy Court shall retain jurisdiction to enforce the terms of this Plan after confirmation.

Dated this ___5___ day of February, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and to all interested parties as listed on the attached court's matrix, by CM/ECF filing this __5__ day of February, 2025.

Law Offices of Mickler & Mickler, LLP

By: */s/ Bryan K. Mickler*_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor(s) in Possession
5452 Arlington Expressway
Jacksonville, FL 322211
(904) 725-0822/FAX 725.0855
bkmickler@planlaw.com