## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

STEPHANIE ALICIA RONE

                Debtor(s)

Case No.: 3:24-bk-03471-JAB

Chapter 11

## DISCLOSURE STATEMENT

*Regarding the Plan of Reorganization for*
*Stephanie Alicia Rone dated February 5, 2025*

/s/ Bryan K. Mickler
  Bryan K. Mickler, Esquire
  Law Offices of Mickler &
  Mickler, LLP
  Florida Bar No. 091790
  5452 Arlington Expressway
  Jacksonville, FL 32202
  (904) 725-0822
  Fax: (904) 725-0855

  *Attorney for Debtor-in-Possession*

**Dated: February 5, 2025**

# I.    INTRODUCTION

This is the disclosure statement (the "Disclosure Statement") in the Chapter 11 case of Stephanie Alicia Rone (the "Plan Proponent"). This Disclosure Statement contains information about the Plan Proponent and describes the Plan of Reorganization (the "Plan") filed by the Plan Proponent. A full copy of the Plan is attached hereto as **Exhibit A.**

> ***Your rights may be affected. You should read the Plan and this Disclosure Statement carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one. While this Disclosure Statement describes the Plan, it is the Plan, not this Disclosure Statement, which will affect your rights.***

If you would like additional information about the Plan, you should contact Bryan K. Mickler, Attorney for Debtor-in-Possession, at 5452 Arlington Expressway, Jacksonville, Florida 32211, 904-725-0822 or court@planlaw.com.

## A.    Purpose of This Document

This Disclosure Statement describes: i) how the Plan proposes to treat claims of the type you hold; ii) who can vote on or object to the Plan; iii) what factors the Bankruptcy Court (the "Court") will consider when deciding whether to confirm the Plan; iv) why the Plan Proponents believe the Plan is feasible, and how the treatment of your claim under the Plan compares to what you would receive on your claim or equity interest in liquidation; and v) the effect of confirmation of the Plan.

## B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing

The Court has not yet confirmed the Plan described in this Disclosure Statement. This section describes the procedures pursuant to which the Plan will or will not be confirmed.

### 1.    *Time and Place of the Hearing to Finally Approve This Disclosure Statement and Confirm the Plan*

The hearing at which the Court will determine whether to finally and/or conditionally approve this Disclosure Statement and confirm the Plan will take place before the Honorable Jacob A. Brown, United States Bankruptcy Judge, on the 4th floor of the United States Court House, 300 N. Hogan Street, Courtroom, 4C, Jacksonville, Florida 32202. Once the Court has set a time and date for the hearing to approve this Disclosure Statement, you will receive notice through the Order for Hearing on Disclosure Statement and Fixing Time for Filing Fee Applications. Once the Court has set a time and date for the hearing to confirm the Plan, you will receive notice through the Order Approving Disclosure Statement, Scheduling Confirmation Hearing and Fixing Deadlines ("Approval Order").

### 2.    *Deadline For Voting to Accept or Reject the Plan*

If you are entitled to vote to accept or reject the Plan, you may vote on the ballots that will be separately provided to you, and return the ballot in the envelope enclosed to United States Bankruptcy Clerk, 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202 or submit an electronic ballot (further information can be obtained from the Clerk of the Bankruptcy Court or from the Bankruptcy's Court's website).

>   *3       Deadline for Objecting to the Adequacy of Disclosure and Confirmation of the Plan*

Objections to this Disclosure Statement or to the confirmation of the Plan must be filed with the Court and served upon all interested parties prior the Deadline to File Objections to the Plan ("Objection Deadline"). You will receive notice of the Objection Deadline in the Approval Order.

## II. <u>BACKGROUND</u>

### A.     Description of the Plan Proponent(s)

The Debtor is a nurse and is the operator of an AirBNB operation named Villa de la Rone, Inc., FL. The business started on June of 2024 and has continuously operated since that time. The Debtor is also the owner of a rental property located at Ft. Drum Road in St. Augustine, FL. All employment and rental/AirBnB income will be utilized to fund the plan payments per the attached budget.

### B.     Pursuit of Avoidable Transfers and Additional Litigation

The Plan Proponent does not intend to pursue preference, fraudulent conveyance, or other avoidance actions, but reserves his right to pursue such actions.

### C.     Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Plan Proponent reserves the right to object to claims. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. The procedures for resolving disputed claims are set forth in Article V of the Plan.

## III  SUMMARY OF THE PLAN OF REORGANIZATION AND TREATMENT OF <u>CLAIMS AND EQUITY INTERESTS</u>

### A.     What is the Purpose of the Plan of Reorganization?

As required by the Bankruptcy Code, the Plan places claims in various classes and describes the treatment each class will receive. The Plan also states whether each class of claims is impaired or unimpaired. If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

### B.     Unclassified Claims

Certain types of claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan Proponents have *not* placed the following claims in any class:

*1. Administrative Expenses*

Administrative expenses are costs or expenses of administering the Plan Proponent's chapter 11 case which are allowed under § 507(a)(2) of the Code. The Code requires that all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment, or by order of the Court. The Plan Proponent's estimated administrative expenses and their proposed treatment under the Plan is as follows:

**Type** Debtor's Attorney's Professional Fees, subject to Court Approval
**Estimated** $10,500.00
**Amount Owed** $10,283.00
**Proposed Treatment:** Paid in full on the effective date of the Plan, or according to separate written agreement, or according to court order if the Court has not approved such fees on the effective date of the Plan.

**Type** Office of the U.S. Trustee Fees
**Estimated** $975.00
**Amount Owed** $325.00
**Proposed Treatment:** Paid in full on the effective date of the Plan

**C.    Classified Claims**

Claims classified and treatment afforded to each class is set forth in the Plan. Generally, there are four categories of claims:

*1. Priority Claims*

Priority tax claims are unsecured income, employment, and other taxes described by §507(a)(8) of the Code. Unless the holder of such a §507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding five (5) years from the order of relief.

*2. Secured Claims*

Allowed Secured Claims are claims secured by property of the Plan Proponent's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code. If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency is classified as a general unsecured claim. Treatment of secured creditors' claims is identified in the Plan.

*3. Classes of Priority Unsecured Claims*

Certain priority claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim. However, a class of holders of such claims may vote to accept different treatment.

*4. Class of General Unsecured Claims*

General unsecured claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. The Plan places all general unsecured creditors in one creditor class: Class 38. The Plan proposes payments of 1% of allowed claims on account of all unsecured creditors over a 60-month payment plan.

### D. Executory Contracts and Unexpired Leases

The Plan, in Article VI, lists all executory contracts and unexpired leases that the Plan Proponents will assume under the Plan. Assumption means that the Plan Proponents have elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Code, if any. Article VI also lists how the Plan Proponents will cure and compensate the other party to such contract or lease for any such defaults. If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of performance, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan, unless the Court has set an earlier time.

All executory contracts and unexpired leases that are not addressed by the Plan will be rejected under the Plan. If you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan. Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

### E. Tax Consequences of Plan

***Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, and/or Advisors.***

## IV. CONFIRMATION REQUIREMENTS AND PROCEDURES

To be confirmable, the Plan must meet the requirements listed in §§ 1129(a) or (b) of the Code. These include the requirements that: i) the Plan must be proposed in good faith; ii) at least one impaired class of claims must accept the plan, without counting votes of insiders; iii) the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor votes to accept the Plan; iv) and the Plan must be feasible. These requirements are not the only requirements listed in §1129 of the Code, and they are not the only requirements for confirmation.

### A. Who May Vote or Object

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. A creditor or equity interest holder has a right to vote for or against the Plan only if that creditor has a claim or equity interest that is both (1) allowed or allowed for voting purposes; and (2) impaired. In this case, the Plan Proponents believe that classes are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan.

#### 1. What Is an Allowed Claim?

Only a creditor with an allowed claim has the right to vote on the Plan. Generally, a claim is allowed if either (1) the Plan Proponents have scheduled the claim on their schedules, unless the claim has been scheduled as disputed, contingent, or un-liquidated, or (2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest.

When a claim is not allowed, the creditor holding the claim cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim for voting purposes pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.

2.      *Who Is **Not** Entitled to Vote*

***Even If You Are Not Entitled to Vote on the Plan, You Have a Right to Object to the Confirmation of the Plan and to the Adequacy of the Disclosure Statement.*** The holders of the following five (5) types of claims are *not* entitled to vote: i) holders of claims and equity interests that have been disallowed by an order of the Court; ii) holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes; iii) holders of claims or equity interests in unimpaired classes; iv) holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code; v) holders of claims or equity interests in classes that do not receive or retain any value under the Plan; and vi) administrative expenses.

3.      *Who Can Vote in More Than One Class*

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise holds claims in multiple classes, is entitled to accept or reject a Plan in each capacity and should cast one ballot for each claim.

**B.      Votes Necessary to Confirm the Plan**

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by cram down on non-accepting classes.

1.      *Votes Necessary for a Class to Accept the Plan*

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than one-half (1/2) of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the holders of at least two-thirds (2/3) in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan. A class of equity interests accepts the Plan if the holders of at least two-thirds (2/3) in amount of the allowed equity interests in the class, who vote, cast their votes to accept the Plan.

2.      *Treatment of Non-accepting Classes*

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan if the non-accepting classes are treated in the manner prescribed by § 1129(b) of the Bankruptcy Code. A plan that binds non-accepting classes is commonly referred to as a "cram-down plan." The Code allows the Plan to bind non-accepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of § 1129(a)(8) of the Code, does not discriminate unfairly, and is fair and equitable toward each impaired class that has not voted to accept the Plan. ***You should consult your own attorney if a cram-down confirmation will affect your claim, as the variations on this general rule are numerous and complex.***

3.      *Liquidation & Feasibility*

As part of the confirmation process, the Debtor must show that that the Plan distributes as much to creditors as such creditors would receive in a hypothetical liquidation and that Plan is feasible – i.e. that the Debtors will be able to meet the obligations imposed by the Plan.

The Plan proposes a distribution of 1% of allowed claims to the unsecured creditors. Per the attached liquidation analysis, the fact that all allowed unsecured claims are being paid 1%, **the**

**Plan provides at least as much (or more) to unsecured creditors than such unsecured creditors would receive in the event of liquidation**.

In addition, the Debtor must show that the Plan is feasible. Attached to this Disclosure Statement are Debtor's Schedules I/J. Those Schedules provide a detailed projected post confirmation budget analysis for the Debtor:

### CLASSIFICATION OF CLAIMS AND INTERESTS

| Class: | Creditor: | Collateral: | Treatment: |
|---|---|---|---|
| 2 | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC 635 Woodward Avenue Detroit, MI 48226 Acct No.: 9477 | Class 2 is secured by real property located at 113 Renwick Parkway, St. Augustine, Florida 32095 | Replacement Value payments over 360 months |
| 3 | Mercedes-Benz Financial Services Attn: Bankruptcy P O Box 685 Roanoke, TX 76262 Acct No.: 3001 | Class 3 is secured by a 2020 Mercedes-Benz GLS 450 | Replacement Value paid over 72 month term |
| 4 | U.S. Bank Home Mortgage 3751 Airpark Mail Code CN-KY-APDC Owensboro, KY 42301 Acct No.: 2447 | Class 4 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Regular Payments with cure of any post petition arrears in months 1-60 of the plan |
| 5 | ETC Custodian FBO Vincenio Dawkins, Sr., IRA 401 Tulip Street Summerville, SC 29483 Acct No.: 5543 | Class 5 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Repayment of amount owed over 180 month term |
| 6 | Saint Johns – Six Mile Creek West Property Owners c/o Vesta Property Services 200 Business Park Circle, Suite 101 Saint Augustine, FL 32092 Acct No.: xxxx | Class 6 is for HOA Dues and secured by real property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Cure of arrears during months 1-60 of the plan |
| 7 | Carbon Copy Construction, Inc. 12412 San Jose Blvd., #301 Jacksonville, FL 32223 Acct No.: 1568 | Class 7 is for lien and secured by real property located at located at 437 Fort Drum Court, St. | Lien stripped and treated as unsecured |

| | | Augustine, Florida 32092 | |
|---|---|---|---|
| 8 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 8 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 9 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 9 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 11 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506. | Unsecured | $100.00 per month for months 1-60 of the Plan |

As a result of other cost-saving measures, confirmation of the Plan will not likely be followed by the liquidation, or the need for further financial reorganization, of the Debtor

>    4.    *Payments for Property or Real Estate Taxes and Insurance.*

Payments for property or real estate taxes and insurance are addressed with respect to each secured claim of the Plan which is secured by real estate.


## V.    EFFECT OF CONFIRMATION OF PLAN

### A.  Discharge of the Debtor(s)

Confirmation of this Plan does not discharge any debt provided for in this Plan until the Court grants a discharge upon completion of all payments to the unsecured class under this Plan, or as otherwise provided in §§ 524(i) and 1141(d)(5) of the Bankruptcy Code. The Plan Proponents will not be discharged from any debt excepted from discharge under § 523 of the Bankruptcy Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.


### B.  Modification of Plan

The Plan Proponents may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or re-voting on the Plan. The Plan Proponents may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated *and* (2) the Court authorizes the proposed modifications after notice and a hearing.

Upon request of the Plan Proponents, the United States Trustee, or the holder of an allowed unsecured claim, the Plan may be modified at any time after confirmation of the Plan but before the completion of payments under the Plan, to (1) increase or reduce the amount of payments under the Plan on claims of a particular class, (2) extend or reduce the time period for such payments, or (3) alter the amount of distribution to a creditor whose claim is provided for by the Plan to the extent necessary to take account of any payment of the claim made other than under the Plan.

### C. Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such decree on its own motion.

Law Offices of Mickler & Mickler, LLP


By: */s/ Bryan K. Mickler*____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor(s) in Possession
5452 Arlington Expressway
Jacksonville, FL 322211
(904) 725-0822/FAX 725.0855
bkmickler@planlaw.com




## EXHIBITS ATTACHED


**Exhibit A: Copy of Proposed Plan of Reorganization**
**Exhibit B: Identity and Value of Material Assets of Debtor**
**Exhibit C: Prepetition Financial Statements**
**Exhibit D: Most Recently Filed Postpetition Operating Report**
**Exhibit E: Liquidation Analysis**
**Exhibit F: Cash on hand on the effective date of the Plan**
**Exhibit G: Projections of Cash Flow for Post-Confirmation Period**

**Exhibit A: Copy of Proposed Plan of Reorganization**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              Case No.: 3:24-bk-03471-JAB
                                                    Chapter 11
STEPHANIE ALICIA RONE
        Debtor(s).

_____

**PLAN OF REORGANIZATION**

Dated: February 5, 2025

Bryan K. Mickler
Law Offices of Mickler & Mickler, LLP
Attorneys for Debtor-in-Possession
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
Florida Bar No. 091790
bkmickler@planlaw.com

# ARTICLE I- SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of the Debtor from future income of the Debtor derived from recurring rental income and employment income of the Debtor.

This Plan provides for 9 classes of secured claims, 2 Classes of Priority Claims and 1 class of unsecured claims. General unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 1 cent(s) on the dollar. The Debtor reserves the right to pre-pay the unsecured Class in full by payment of $6,000.00 at any time after Confirmation of the Plan. Upon proof of payment of the $6,000.00 by the Debtor after Confirmation, the Debtor may apply to the Court for a Discharge as if the full 60-month term of the Plan had been completed. This provision contemplates an early discharge of the case and may result in unsecured creditors receiving less funds than if the case had continued for 60 months.

This Plan also provides for the payment of administrative and priority claims either upon the effective date of the Plan or as allowed under the Bankruptcy Code. All creditors and equity security holders should refer to Articles II through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

# ARTICLE II

## CLASSIFICATION OF CLAIMS AND INTERESTS

**PRIORITY CLAIMS: Not Impaired**

| Classes: | Creditor: | Interest: | Allowed Amount: | Payment: |
|---|---|---|---|---|
| 1 | Internal Revenue Service<br>400 W Bay Street M/S 5720<br>Jacksonville FL 32202<br>Acct# xxxx | 3% | $0.00<br>No POC filed | To the extent any priority claim exists - payment within 60 months of petition date with payments of $0.00 per month commencing immediately after confirmation. |
| 1 | Florida Department of Revenue<br>P O Box 6668<br>Tallahassee, Florida 32314<br>Acct# xxxx | 3% | $0.00<br>No POC filed | To the extent any priority claim exists - payment within 60 months of petition date with payments of $0.00 per month commencing immediately after confirmation. |

**SECURED CLAIMS – Impaired/Subject to Sec. 506 Valuation with retention of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 2 | Rocket Mortgage, LLC, f/k/a | Class 2 is secured by real property located | 5% | Replacement Value of $820,984.00 | The holder of the Class 3 claim shall retain its |

3

| Class: | Creditor: | Collateral: | Interest Rate: | Amount Allowed: | Payment: |
|---|---|---|---|---|---|
|  | Quicken Loans, LLC 635 Woodward Avenue Detroit, MI 48226 Acct No.: 9477 | at 113 Renwick Parkway, St. Augustine, Florida 32095 |  | Claim No.: 9 | lien on the above property and the Debtor shall pay the replacement value, together with interest and escrow at the rate of $4,407.22 P&I together with Escrow T&I of $1206.98 for a total payment of $5,614.20 per month for months 1-360 of the plan. |
| 3 | Mercedes-Benz Financial Services Attn: Bankruptcy P O Box 685 Roanoke, TX 76262 Acct No.: 3001 | Class 3 is secured by a 2020 Mercedes-Benz GLS 450 | 4% | $45,000.00 Claim No.: ____ | The holder of the Class 7 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-72 of the Plan at $704.04 |

**SECURED CLAIMS – Impaired/Not Subject to Valuation with retention of lien:**

| Class: | Creditor: | Collateral: | Interest Rate: | Amount Allowed: | Payment: |
|---|---|---|---|---|---|
| 4 | U.S. Bank Home Mortgage 3751 Airpark Mail Code CN-KY-APDC Owensboro, KY 42301 Acct No.: 2447 | Class 4 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Contract Rate | $303,859.34 Claim No.: 4 | The holder of the Class 2 claim shall retain its lien on the above property and the Debtor shall continue the payment of $2,356.92 a month for a period of |

| Class | Creditors | Collateral | Interest Rate | Amount Allowed | Payments |
|---|---|---|---|---|---|
| | | | | | months. To the extent that any post petition arrears exist those arrears will be cured in equal monthly installments during months 1-60 of the Plan period. |
| 5 | ETC Custodian FBO Vincenio Dawkins, Sr., IRA 401 Tulip Street Summerville, SC 29483 Acct No.: 5543 | Class 5 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 4% | $80,587.37 Claim No.: 11 | The holder of the Class 4 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-180 of the Plan at of $596.10 |
| 6 | Saint Johns – Six Mile Creek West Property Owners c/o Vesta Property Services 200 Business Park Circle, Suite 101 Saint Augustine, FL 32092 Acct No.: xxxx | Class 6 is for HOA Dues and secured by real property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 18% | $2,542.67 Claim No.: 10 | The holder of the Class 5 claim shall retain its lien on the above property and will receive deferred cash payments in months 1-60 of the Plan at $64.57 |
| | | | | | |

**SECURED CLAIMS – Impaired/Subject to Valuation and stripping of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 7 | Carbon Copy Construction, Inc. 12412 San Jose Blvd., #301 | Class 7 is for lien and secured by real property located at located at 437 | 4% | $27,303.83 Claim No.: __ | The Debtor shall value this claim at $0.00 and the claim show be paid |

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| | Jacksonville, FL 32223 Acct No.: 1568 | Fort Drum Court, St. Augustine, Florida 32092 | | | through Class 11 |
| 8 | US HUD 451 7ᵗʰ Street Southwest Washington, DC 20410 Acct No.: 1194 | Class 8 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 8% | $41,376.00 Claim No.: ____ | The Debtor shall value this claim at $0.00 and the claim show be paid through Class 11 |
| 9 | US HUD 451 7ᵗʰ Street Southwest Washington, DC 20410 Acct No.: 1194 | Class 9 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | 0% | $18,601.00 Claim No.: ____ | The Debtor shall value this claim at $0.00 and the claim show be paid through Class 11 |
| | | | | | |

**SECURED CLAIMS – Impaired/Surrender in Full Satisfaction and retention of lien:**

| Class: | Creditors: | Collateral: | Interest Rate: | Amount Allowed: | Payments: |
|---|---|---|---|---|---|
| 10 | Credit Acceptance Corp. P O Box 551888 Detroit, MI 48255 Acct No.: 5609 | 2010 Mercedes-Benz E Class | N/A | $8,875.00 Claim No.: 5 | The Debtor shall surrender her interest in the vehicle. |
| | | | | | |

**UNSECURED CLAIMS:  IMPAIRED**

| Class: | Creditors: | Payments: |
|---|---|---|
| 11 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506. | $100.00 per month (paid quarterly) for months 1-60 for 100% repayment of unsecured claims currently filed in this case. The Debtor reserves the |

| | | right to pre-pay the unsecured Class in full by payment of $6,000.00 at any time after Confirmation of the Plan. Upon proof of payment of the $6,000.00 by the Debtor after Confirmation, the Debtor may apply to the Court for a Discharge as if the full 60 month term of the Plan had been completed. This provision contemplates an early discharge of the case and may result in unsecured creditors receiving less funds than if the case had continued for 60 months. |
|---|---|---|

## ARTICLE III

## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,

## U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01 Unclassified Claims. Under section §1123(a)(1), administrative expense claims and priority tax claims are not in classes.

3.02 Administrative Expense Claims. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03 Priority Tax Claims. Each holder of a priority tax claim will be paid in full by regular installments within 5 years of the date of the filing of the Petition by the Debtor in Possession in accordance with 11 U.S.C. § 1129(a)(9).

3.04 United States Trustee Fees. All fees required to be paid by 28 U.S.C. § 1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

### ARTICLE IV - TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01 Claims and interests shall be treated as follows under this Plan:

| Class: | Creditor: | Collateral: | Treatment: |
|---|---|---|---|
| 2 | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226<br>Acct No.: 9477 | Class 2 is secured by real property located at 113 Renwick Parkway, St. Augustine, Florida 32095 | Replacement Value payments over 360 months |
| 3 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>P O Box 685<br>Roanoke, TX 76262<br>Acct No.: 3001 | Class 3 is secured by a 2020 Mercedes-Benz GLS 450 | Replacement Value paid over 72 month term |
| 4 | U.S. Bank Home Mortgage<br>3751 Airpark Mail Code CN-KY-APDC<br>Owensboro, KY 42301<br>Acct No.: 2447 | Class 4 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Regular Payments with cure of any post petition arrears in months 1-60 of the plan |
| 5 | ETC Custodian FBO Vincenio Dawkins, Sr., IRA<br>401 Tulip Street<br>Summerville, SC 29483<br>Acct No.: 5543 | Class 5 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Repayment of amount owed over 180 month term |
| 6 | Saint Johns – Six Mile Creek West Property Owners | Class 6 is for HOA Dues and secured by real | Cure of arrears during months 1-60 of the plan |

| | | | |
|---|---|---|---|
| | c/o Vesta Property Services<br>200 Business Park Circle, Suite 101<br>Saint Augustine, FL 32092<br>Acct No.: xxxx | property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | |
| 7 | Carbon Copy Construction, Inc.<br>12412 San Jose Blvd., #301<br>Jacksonville, FL 32223<br>Acct No.: 1568 | Class 7 is for lien and secured by real property located at located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 8 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 8 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 9 | US HUD<br>451 7th Street Southwest<br>Washington, DC 20410<br>Acct No.: 1194 | Class 9 is secured by real property located at 437 Fort Drum Court, St. Augustine, Florida 32092 | Lien stripped and treated as unsecured |
| 11 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any unsecured portion of claims valued pursuant to 11 U.S.C. § 506. | Unsecured | $100.00 per month for months 1-60 of the Plan |

## ARTICLE V

## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01 Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02 Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03 Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI

## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01 Assumed Executory Contracts and Unexpired Leases.

(a) The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

1. existing leases for tenants to occupy rental properties at Ft. Drum and Renwick properties;

2. existing contract with AirBnB for Renwick property;

3. storage lease for UHaul Storage, 130 Cumberland Park Dr., Saint Augustine, FL 32095.

(b) The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the date of the entry of the order confirming this Plan. A proof of a

claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty (30) days after the date of the order confirming this Plan.

## ARTICLE VII

## GENERAL PROVISIONS

7.01 Definitions and Rules of Construction. The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:   N/A

7.02 Effective Date of Plan. The effective date of this Plan is the 15th day following the date of the entry of the order of confirmation. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

7.03 Severability. If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

7.04 Binding Effect. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

7.05 Captions. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

7.06 Controlling Effect. Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

7.07 Corporate Governance. No provisions required by § 1123(a)(6) of the Code.

## ARTICLE VIII

## DISCHARGE

8.01. Discharge. Confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments to the unsecured class under this Plan, or as otherwise provided in § 1141(d)(5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

8.02. The Court may, however, upon Motion and hearing, at its discretion administratively close the case without entry of a discharge, until the plan payments have been made. Upon completion of all payments to unsecured class under the Plan or as otherwise available to the Debtor under Section 1141(d)(5)(B) of the Code, the Debtor intends to file a Motion for Discharge.

8.03. The Debtor(s) is/are not entitled to a discharge in this case until completion of all payments to the unsecured class under the Plan. To the extent that the case is dismissed or converted to one under Chapter 7, then the creditors' liens shall be restored to pre-petition status and amount, with credit for any post-petition payments received (as applied under the pre-petition contractual status).

## ARTICLE IX

## OTHER PROVISIONS

9.01 Payments to the various Classes under this Plan of Reorganization shall commence twenty (20) days after the date that the Plan of Reorganization becomes final and non-appealable unless otherwise specifically stated with respect to treatment of each particular class.

9.02 Pursuant to 11 U.S.C. § 1141(b), confirmation of this plan does not vest property of the estate,

as defined by 11 U.S.C. § 1115, in the debtor(s) until discharge of the case.

9.03 This Plan contemplates payments to mortgage holders and/or servicers from property of the estate. Such payments may differ from the original contractual obligation of the debtor(s) pursuant to the mortgage contracts. To the extent that such plan payments are not applied to any modified mortgage account as contemplated by the Plan, the Bankruptcy Court shall retain jurisdiction to enforce the terms of this Plan after confirmation.

Dated this ___5___ day of February, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and to all interested parties as listed on the attached court's matrix, by CM/ECF filing this __5__ day of February, 2025.

Law Offices of Mickler & Mickler, LLP

By: */s/ Bryan K. Mickler*____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for Debtor(s) in Possession
5452 Arlington Expressway
Jacksonville, FL 322211
(904) 725-0822/FAX 725.0855
bkmickler@planlaw.com

**Exhibit B: Identity and Value of Material Assets of Debtor**

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephanie** | **Alicia** | **Rone** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **Florida**

Case number **3:24-bk-03471-JAB**

☑ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1 **113 Renwick Pkwy**
Street address, if available, or other description

**113 Renwick Pkwy**

**Saint Augustine, FL**
**32095-8625**
City        State        ZIP Code

**St. Johns**
County

If you own or have more than one, list here:

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **Property Appraiser**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $820,984.00 | $820,984.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☐ **Check if this is community property**
(see instructions)

1.2 __437 Drum Court_____

Street address, if available, or other
description

__437 Fort Drum Ct_____

__Saint Augustine, FL 32092_____

City          State          ZIP Code

__St. Johns_____

County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

**Source of Value:** __Property Appraiser_____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$390,539.00          $390,539.00

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

__Homestead_____

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here** .................................................... ➜ | $1,211,523.00 |

---

**Part 2:**    Describe Your Vehicles

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1 Make: __Mercedes-Benz__

Model: __GLS 450__

Year: __2020__

Approximate mileage: __67000__

Other information:

| VIN: 4JGFF5KE5LA293497 |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$39,900.00          $39,900.00

If you own or have more than one, describe here:

3.2   Make:              **Mercedes-Benz**

| **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Model:             **E350**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:              **2010**

| Current value of the entire property? | Current value of the portion you own? |

Approximate mileage:   **106000**

☐ **Check if this is community property** (see instructions)

**$7,500.00**          **$7,500.00**

Other information:

> **Daughter's Vehicle**
> **VIN: WDDKJ5GB9AF038289**

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make:   _____

| **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Model:   _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:   _____

| Current value of the entire property? | Current value of the portion you own? |

Other information:

_____

☐ **Check if this is community property** (see instructions)

_____          _____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................➡

**$47,400.00**

---

| Part 3: | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6.   **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

| **See Attached.** | **$5,950.00** |

7.   **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

| **Apartment residence: 4 TVs, 3 computers, PS V game system**<br><br>**Renwick house: 11 TVs, 2 computers** | **$4,000.00** |

8.  **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........  | 2 pistols |                                   $500.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No

    ☐ Yes. Describe. .........

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........  | costume rings, necklaces and bracelets only |        $250.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. ..............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................................... ➜  | $10,700.00

| **Part 4:** | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ............................................................................................................................... Cash: ...................

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................                          Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | **Wells Fargo Bank**<br>**Account Number: XXX6147** | **$2.09** |
| 17.2. Savings account: | **Wells Fargo Bank**<br>**Account Number: XX7566** | **$471.39** |
| 17.3. Other financial account: | **Cash App Mobile** | **$0.00** |

**18.** **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................        Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---:|
| **EUTIS STAFFING INC - No ownership as of petition date.**<br>**transferred 10/30/2024** | **100.00%** | **unknown** |
| **MIS JAX INC - inactive** | **100.00%** | **$0.00** |
| **MORAL IMPACT STAFFING LLC - closed but has potential**<br>**claim against purchaser of employees and business** | **100.00%** | **unknown** |
| **VILLA DE LA RONE, INC** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
       information about
       them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
       account separately.  Type of account:       Institution name:

       401(k) or similar plan:

       Pension plan:

       IRA:

       Retirement account:

       Keogh:

       Additional account:

       Additional account:

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
              others

    ☐ No

    ☑ Yes ..................... Institution name or individual:

       Security deposit on rental unit:  **Rental Deposit for current apartment residence for
                                        Debtor**                                                      $250.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific
      information about them. ...        **Nursing License**                                              **$0.00**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
      them, including whether you
      already filed the returns and
      the tax years. ...................        Federal:

                                              State:

                                              Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
              settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                           _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

Company name:                    Beneficiary:                    Surrender or refund value:

_____                  _____                 _____

_____                  _____                 _____

_____                  _____                 _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                           _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..............

**Claim against former Attorney for Chapter 13 fees due to dismissal**

**Potential Car Accident Claim from August of 2024**

$3,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............                                           _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................    ➡    $3,723.48

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...................................................................................................... ➡    | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
   information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here** .................................................................................................➔   **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

   *Examples:*  Season tickets, country club membership

   ☑ No

   ☐ Yes. Give specific
   information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................➔   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................➔   **$1,211,523.00**

56. **Part 2: Total vehicles, line 5**                          **$47,400.00**

57. **Part 3: Total personal and household items, line 15**           **$10,700.00**

58. **Part 4: Total financial assets, line 36**                    **$3,723.48**

59. **Part 5: Total business-related property, line 45**              **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

61. **Part 7: Total other property not listed, line 54**        +     **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............   **$61,823.48**   Copy personal property total ➔   +   **$61,823.48**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................... | **$1,273,346.48** |

Continuation Page

| 6. | Household goods and furnishings | |
|---|---|---|
| | Apartment residence: 4 bed sets, living room set, dining set, tv stand, knick knacks | $800.00 |
| | items in storage - computer desk and clothing | $150.00 |
| | Renwick House items: 6 twin beds, 2 king beds, 2 living room suites, appliances, crib, baby bed, desk, chair and knick knacks | $5,000.00 |

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Middle** _____ District of _____ **Florida** _____

Case number: **3:24-bk-03471-JAB**
(if known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Renwick House items: 6 twin beds, 2 king beds, 2 living room suites, appliances, crib, baby bed, desk, chair and knick knacks** | **$5,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| Line from *Schedule A/B*: **6** | | | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Middle**_____ District of _____**Florida**_____

Case number (if known) **3:24-bk-03471-JAB**

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **CARBON COPY CONSTRUCTION INC**

Creditor's Name

**12412 San Jose Blvd. #301**

Number          Street

**Jacksonville, FL 32223**

City          State          ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred      **8/1/2024**

**Describe the property that secures the claim:**

**437 Drum Court**
437 Fort Drum Ct Saint Augustine, FL 32092

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **1   5   6   8**

Column A: **$27,303.83**    Column B: **$390,539.00**    Column C: **$0.00**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$27,303.83** |
|---|---|

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

**2.2** **Credit Acceptance**

Describe the property that secures the claim:    $15,444.00    $7,500.00    $7,944.00

Creditor's Name

**P O Box 513**

| 2010 Mercedes-Benz E350 |
|---|
| Daughter's Vehicle |

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Southfield, MI 48037-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **1/1/2024**    Last 4 digits of account number    **5  6  0  9**

**2.3** **ETC Custodian FBO Vincenio Dawkins Sr. IRA**

Describe the property that secures the claim:    $50,000.00    $390,539.00    $0.00

Creditor's Name

**507 Greywood Lane**

| **437 Drum Court** |
|---|
| 437 Fort Drum Ct Saint Augustine, FL 32092 |

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

City    State    ZIP Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **9/26/2022**    Last 4 digits of account number    ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $65,444.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

**2.4**

**Mercedes - Benz Financial Services**

Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 685**

Number    Street

**Roanoke, TX 76262**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   7/1/2022

**Describe the property that secures the claim:**

| 2020 Mercedes-Benz GLS 450 |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**   3   0   0   1

Column A: **$45,000.00**   Column B: **$39,900.00**   Column C: **$5,100.00**

**2.5**

**Rocket Mortgage**

Creditor's Name

**1050 Woodward Avenue**

Number    Street

**Detroit, MI 48226**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   4/1/2022

**Describe the property that secures the claim:**

| 113 Renwick Pkwy |
|---|
| 113 Renwick Pkwy Saint Augustine, FL 32095-8625 |

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**   9   4   7   7

Column A: **$1,171,054.00**   Column B: **$820,984.00**   Column C: **$350,070.00**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,216,054.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.6**   **US Bank**

Creditor's Name

**P.O. Box 790408**

Number     Street

**Saint Louis, MO 63179**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **9/30/2020**

**Describe the property that secures the claim:**     **$290,000.00**     **$390,539.00**     **$0.00**

> **437 Drum Court**
> **437 Fort Drum Ct Saint Augustine, FL 32092**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**2.7**   **US HUD**

Creditor's Name

**451 7th St., SW**

Number     Street

**Washington, DC 20410**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **11/9/2023**

**Describe the property that secures the claim:**     **$41,376.00**     **$390,539.00**     **$0.00**

> **437 Drum Court**
> **437 Fort Drum Ct Saint Augustine, FL 32092**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **1**   **1**   **9**   **4**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$331,376.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

| | | |
|---|---|---|
| **US HUD** | Describe the property that secures the claim: | $18,601.00    $390,539.00    $0.00 |

Creditor's Name

**451 7th St., SW**

Number      Street

**437 Drum Court**
**437 Fort Drum Ct Saint Augustine, FL 32092**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Washington, DC 20410**

City      State      ZIP Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    **10/31/2024**      Last 4 digits of account number    **1**   **1**   **9**   **4**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$18,601.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,658,778.83** |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1.

**US Attorney's Office**

Name

**300 N. Hogan 7th floor**

Number      Street


**Jacksonville, FL 32202**

City      State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number    ___ ___ ___ ___

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephanie** | **Alicia** | **Rone** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of Florida** | |
| Case number (if known) | **3:24-bk-03471-JAB** | | |

☑ Check if this is an amended filing

# Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | **$1,211,523.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*....................................... | **$61,823.48** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | **$1,273,346.48** |

## Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,658,778.83** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,145,682.07** |
| Your total liabilities | **$2,804,460.90** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................ | **$15,159.17** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................ | **$15,060.26** |

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

**Exhibit C: Prepetition Financial Statements**

# Eutis Staffing Inc

## Profit and Loss

### January 1 - November 12, 2024

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| **GROSS PROFIT** | **$0.00** |
| Expenses |  |
|   Payroll expenses |  |
|    Salaries & wages | -235,175.15 |
|   **Total Payroll expenses** | **-235,175.15** |
| **Total Expenses** | **$ -235,175.15** |
| **NET OPERATING INCOME** | **$235,175.15** |
| **NET INCOME** | **$235,175.15** |

# Eutis Staffing Inc

## A/R Aging Summary

As of November 12, 2024

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL |  |  |  |  |  | **$0.00** |



888 Brannan Street
San Francisco, CA 94103
Airbnb tax ID number: 26-3051428

Host name: Stephanie Alicia Rone
User ID: 592954163
Report generated: November 13, 2024

# August 1, 2024 – August 31, 2024

Earnings report

| Summary | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Earnings | $4,135.00 | -$514.35 | -$124.05 | $0.00 | $3,496.60 |

**Airbnb remitted taxes**: $268.78 was collected from your guests and remitted to tax authorities.

## Performance stats

| Nights booked | Avg night stay |
|---|---|
| **22** | **3.7** |

## Listings

| Listing | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Villa De La Rone | $4,135.00 | -$514.35 | -$124.05 | $0.00 | $3,496.60 |

## Occupancy taxes by listing

Occupancy taxes are collected from your guests and remitted to taxing authorities on your behalf.

| Listing | Total (USD) |
|---|---|
| Villa De La Rone | $268.78 |

## Payout methods

| Payout method | Total |
|---|---|
| Stephanie Alicia Rone, Checking ·····0089 (USD) | $0.00 |
| Stephanie Alicia Rone, Checking ·····0360 (USD) | $0.00 |
| Stephanie Alicia Rone, Checking ·····1840 (USD) | $2,005.18 |

Stephanie Alicia Rone, Checking ·····6147 (USD)                                    $1,491.42

## Performance stats

| Listing | Nights booked | Avg night stay |
|---|---|---|
| Villa De La Rone | 22 | 3.7 |

1 Adjustments can be reservation changes, cancellations, and more.

2 The host service fee for listings is 3%, and the host service fee for Experiences is 20%.

3 Income taxes withheld. For Hosts in Mexico, this also includes VAT on accommodations.



888 Brannan Street
San Francisco, CA 94103
Airbnb tax ID number: 26-3051428

Host name: Stephanie Alicia Rone
User ID: 592954163
Report generated: November 13, 2024

# September 1, 2024 – September 30, 2024
Earnings report

| Summary | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Earnings | $9,089.00 | -$1,322.45 | -$272.67 | $0.00 | $7,493.88 |

**Airbnb remitted taxes**: $590.78 was collected from your guests and remitted to tax authorities.

## Performance stats

| Nights booked | Avg night stay |
|---|---|
| **23** | **5.8** |

## Listings

| Listing | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Villa De La Rone | $9,089.00 | -$1,322.45 | -$272.67 | $0.00 | $7,493.88 |

## Occupancy taxes by listing

Occupancy taxes are collected from your guests and remitted to taxing authorities on your behalf.

| Listing | Total (USD) |
|---|---|
| Villa De La Rone | $590.78 |

## Payout methods

| Payout method | Total |
|---|---|
| Stephanie Alicia Rone, Checking ·····0089 (USD) | $7,493.88 |
| Stephanie Alicia Rone, Checking ·····1840 (USD) | $0.00 |

## Performance stats

| Listing | Nights booked | Avg night stay |
|---|---|---|
| Villa De La Rone | 23 | 5.8 |

1 Adjustments can be reservation changes, cancellations, and more.

2 The host service fee for listings is 3%, and the host service fee for Experiences is 20%.

3 Income taxes withheld. For Hosts in Mexico, this also includes VAT on accommodations.



888 Brannan Street
San Francisco, CA 94103
Airbnb tax ID number: 26-3051428

Host name: Stephanie Alicia Rone
User ID: 592954163
Report generated: November 13, 2024

# October 1, 2024 – October 31, 2024
Earnings report

| Summary | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Earnings | $4,989.00 | -$1,069.63 | -$149.67 | $0.00 | $3,769.70 |

**Airbnb remitted taxes**: $324.31 was collected from your guests and remitted to tax authorities.

## Performance stats

| Nights booked | Avg night stay |
|---|---|
| **26** | **3.7** |

## Listings

| Listing | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Villa De La Rone | $4,989.00 | -$515.51 | -$149.67 | $0.00 | $4,323.82 |

## Occupancy taxes by listing

Occupancy taxes are collected from your guests and remitted to taxing authorities on your behalf.

| Listing | Total (USD) |
|---|---|
| Villa De La Rone | $324.31 |

## Payout methods

| Payout method | Total |
|---|---|
| Stephanie Alicia Rone, Checking ·····0089 (USD) | $3,769.70 |
| Stephanie Alicia Rone, Checking ·····1840 (USD) | $0.00 |

# Performance stats

| Listing | Nights booked | Avg night stay |
|---|---|---|
| Villa De La Rone | 26 | 3.7 |

1 Adjustments can be reservation changes, cancellations, and more.

2 The host service fee for listings is 3%, and the host service fee for Experiences is 20%.

3 Income taxes withheld. For Hosts in Mexico, this also includes VAT on accommodations.

**Exhibit D: Most Recently Filed Postpetition Operating Report**

**Fill in this information to identify the case:**

Debtor Name _____Stephanie Rone_____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____24-03471 JAB_____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: _____December 2024_____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____*Stephanie Rone*_____

Original signature of responsible party  _____

Printed name of responsible party  _____*Stephanie Rone*_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ✔ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✔ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✔ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ✔ |
| 7. | Have you timely filed all other required government filings? | ✔ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✔ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | ✔ | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ✔ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✔ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✔ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✔ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✔ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✔ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✔ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 600

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ $7305.45

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 5438.75

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1866.7

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 6038.75

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ ___0___

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          ___2___

27. What is the number of employees as of the date of this monthly report?   ___2___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ ___0___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___2000___

30. How much have you paid this month in other professional fees?   $ ___0___

31. How much have you paid in total other professional fees since filing the case?   $ ___0___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | — **Actual** | = **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 7038 | — $ 4722 | = $ 1835 |
| 33. **Cash disbursements** | $ 5438 | — $ 5438 | = $ 0 |
| 34. **Net cash flow** | $ 7000 | — $ 1866 | = $ 5144 |

35. Total projected cash receipts for the next month:        $ 7000

36. Total projected cash disbursements for the next month:     - $ 4500

37. Total projected net cash flow for the next month:        = $ 2000

Debtor Name   Stephanie Rone

Case number   3:24-bk-03471-JAB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.   Bank reconciliation reports for each account.

 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.



888 Brannan Street
San Francisco, CA 94103
Airbnb tax ID number: 26-3051428

Host name: Stephanie Alicia Rone
User ID: 592954163
Report generated: January 31, 2025

# December 1, 2024 – December 31, 2024

Earnings report

| Summary | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Earnings | $7,677.10 | -$2,724.56 | -$230.31 | $0.00 | $4,722.23 |

**Airbnb remitted taxes**: $499.02 was collected from your guests and remitted to tax authorities.

## Performance stats

| Nights booked | Avg night stay |
|---|---|
| **22** | **3.7** |

## Listings

| Listing | Gross earnings | Adjustments[1] | Service fees[2] | Tax withheld[3] | Total (USD) |
|---|---|---|---|---|---|
| Villa De La Rone | $7,677.10 | -$2,604.56 | -$230.31 | $0.00 | $4,842.23 |

## Taxes

| Listing | Tax withheld[3] | Pass through tax[4] | Host remitted tax[5] | Airbnb remitted tax[6] |
|---|---|---|---|---|
| Villa De La Rone | $0.00 | $0.00 | $0.00 | $499.02 |

## Earnings types

| Types | Total (USD) |
|---|---|
| Stays | $7,446.79 |
| Host revenue share adjustment | -$2,604.56 |
| Resolutions[7] | -$120.00 |

## Payout methods

| Payout method | Total |
|---|---|
| Stephanie Alicia Rone, Checking ·····0089 (USD) | $4,722.23 |
| Stephanie Alicia Rone, Checking ·····1840 (USD) | $0.00 |

## Performance stats

| Listing | Nights booked | Avg night stay |
|---|---|---|
| Villa De La Rone | 22 | 3.7 |

1 Adjustments can be reservation changes, cancellations, and more.

2 The host service fee for listings is 3%, and the host service fee for Experiences is 20%.

3 Income taxes withheld.

4 Set by host, then collected and sent to host.

5 Set by Airbnb, then collected and sent to the host. Applies to certain hosts in India, Mexico, and New Zealand.

6 Automatically collected and paid on host's behalf in certain jurisdictions. Includes VAT/GST and occupancy tax on supply.

7 Reimbursements, adjustments, and extra fees.



COMMUNITY FIRST Credit Union
PO Box 2600
Jacksonville, FL 32232-0077

VILLA DE LA RONE
113 RENWICK PKWY
SAINT AUGUSTINE FL 32095-8625



Explore our **Treasury Management Services**
Save your business time with Remote Deposit Capture

Learn More at CommunityFirstFL.org

Federally insured by NCUA.

**Save your business time with Remote Deposit Capture**
**Explore our Treasury Management Services**

Learn More at CommunityFirstFL.org

Federally insured by NCUA.

**Statement Period: 12/01/2024 to 12/31/2024**　　　　　**Account #: XXXXXXXX08**

## SUMMARY OF ACCOUNT

| DEPOSIT ACCOUNTS | Previous Balance | Total Debits | Debit Amount | Total Credits | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|
| 00 BUSINESS SHARE | 1,649.79 | 4 | -1,644.79 | 0 | 0.00 | 5.00 |
| 90 VILLA DE LA RONE | 1,143.87 | 41 | -10,913.28 | 12 | 12,262.02 | 2,492.61 |
| | | | | | **Total Of Deposit Balances** | **$2,497.61** |

| FOR 2024 REPORTING | IRA YTD DIVIDENDS | OTHER YTD DIVIDENDS | TOTAL YTD DIVIDENDS |
|---|---|---|---|
| | 0.00 | 0.17 | 0.17 |

## XXXXXXXX08 - 00 BUSINESS SHARE

　　　　　　　　　　　　　　**STARTING BALANCE:**　　**$1,649.79**

| Date | Transaction Description | Credit | Debit | Balance |
|---|---|---|---|---|
| 12/01 | Withdrawal Transfer To Share 90 | | -1,040.43 | 609.36 |
| 12/01 | Withdrawal Home Banking Transfer To Share 90 Funds Transfer via Online | | -400.00 | 209.36 |
| 12/01 | Withdrawal Transfer To Share 90 | | -191.95 | 17.41 |
| 12/01 | Withdrawal Transfer To Share 90 | | -12.41 | 5.00 |
| | | **ENDING BALANCE:** | | **$5.00** |

| Dividends Paid YTD | 0.04 | | |
|---|---|---|---|

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

## XXXXXXXX08 - 90 VILLA DE LA RONE

　　　　　　　　　　　　　　**STARTING BALANCE:**　　**$1,143.87**



| | PO Box 2600 | ACCOUNT HOLDER: | |
|---|---|---|---|
| | Jacksonville, FL 32232-0077 | | VILLA DE LA RONE |

## XXXXXXXX08 - 90 VILLA DE LA RONE (CONTINUED)

| Date | Transaction Description | Credit | Debit | Balance |
|------|------------------------|--------|-------|---------|
| 12/01 | Withdrawal at ATM #000000283774 Sam's Town Shreveport 315 CLYDE FANT PARKWAY SHREVEPORT LA CPSB1115 | | -1,007.25 | 136.62 |
| 12/01 | Deposit Transfer From Share 00 | 1,040.43 | | 1,177.05 |
| 12/01 | Withdrawal Transfer fee | | -2.00 | 1,175.05 |
| 12/01 | Withdrawal POS #000000007341 SAM S TOWN H&C SHREVEPORT SAM'S TOWN SHREVEPORT SHREVEPORT LA | | -1,042.95 | 132.10 |
| 12/01 | Deposit POS #000020787400 CASH APP*STEPHANIE RONE*C Oakland CA | 2,947.50 | | 3,079.60 |
| 12/01 | Deposit Home Banking Transfer From Share 00 Funds Transfer via Online | 400.00 | | 3,479.60 |
| 12/01 | Withdrawal at ATM #000000463715 Sam's Town Shreveport 315 CLYDE FANT PARKWAY SHREVEPORT LA CPSB1116 | | -207.25 | 3,272.35 |
| 12/01 | Deposit Transfer From Share 00 | 191.95 | | 3,464.30 |
| 12/01 | Withdrawal Transfer fee | | -2.00 | 3,462.30 |
| 12/01 | Withdrawal at ATM #000000464695 Sam's Town Shreveport 315 CLYDE FANT PARKWAY SHREVEPORT LA CPSB1116 | | -207.25 | 3,255.05 |
| 12/01 | Deposit POS #000021484765 CASH APP*STEPHANIE RONE*C Oakland CA | 2,947.50 | | 6,202.55 |
| 12/01 | Deposit Transfer From Share 00 | 12.41 | | 6,214.96 |
| 12/01 | Withdrawal at ATM #000000470235 Sam's Town Shreveport 315 CLYDE FANT PARKWAY SHREVEPORT LA CPSB1116 | | -307.25 | 5,907.71 |
| 12/01 | Withdrawal OD Privilege Fee | | -34.00 | 5,873.71 |
| 12/02 | Withdrawal ACH KATIA MANTILLA TYPE: KATIA MANT ID: 4270465600 CO: KATIA MANTILLA NAME: STEPHANIE RONE | | -180.00 | 5,693.71 |
| 12/02 | Withdrawal OD Privilege Fee | | -34.00 | 5,659.71 |
| 12/02 | Withdrawal ACH THE MASTER'S LAW TYPE: SALE ID: 9215986202 CO: THE MASTER'S LAW | | -240.00 | 5,419.71 |
| 12/02 | Withdrawal OD Privilege Fee | | -34.00 | 5,385.71 |
| 12/02 | Withdrawal ACH KATIA MANTILLA TYPE: KATIA MANT ID: 1800948598 CO: KATIA MANTILLA NAME: STEPHANIE RONE | | -340.00 | 5,045.71 |
| 12/02 | Withdrawal OD Privilege Fee | | -34.00 | 5,011.71 |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC 11/30 4    4335016727    0 SP FASHIONNOVA.COM FASHIONNOVA.C CA | | -85.17 | 4,926.54 |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC 12/02 2    4337268419    1 SHELL SERVICE STATION TALLAHASSEE FL | | -88.36 | 4,838.18 |
| 12/02 | Withdrawal OD NSF ATM/POS | | -34.00 | 4,804.18 |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC 11/30 4    4335738365    0 SAM S TOWN H&C S SAM'S SHREVEPORT LA | | -3,122.95 | 1,681.23 |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC | | -2,706.95 | -1,025.72 |

## XXXXXXXX08 - 90 VILLA DE LA RONE (CONTINUED)

| Date | Transaction Description | Credit | Debit | Balance |
|------|------------------------|--------|-------|---------|
| | 12/01 4    4336057759    1 SAM S TOWN H&C S SAM'S SHREVEPORT LA | | | |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC | | -26.99 | -1,052.71 |
| | 11/30 3    4335987273    5 PUBLIX #1239 863-688-1188 FL | | | |
| 12/02 | Recurring Withdrawal Debit Card BUSINESS VISA DC | | -5.99 | -1,058.70 |
| | 11/30 5    4335960932    5 APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC | | -13.95 | -1,072.65 |
| | 12/01 3    4336927385    7 WHATABURGER 760 SHREVEPORT LA | | | |
| 12/02 | Withdrawal Debit Card BUSINESS VISA DC | | -20.16 | -1,092.81 |
| | 12/01 3    4336655135    1 GOOGLE*GSUITE VILLADEL CC GOOGLE.COM CA | | | |
| 12/02 | Cap Reached: Overdraft Item Fee Force Paid (Other) | | | |
| 12/03 | Withdrawal Returned ACH | | -17.00 | -1,109.81 |
| | In the amount $46.71 TECO/PEOPLE GAS | | | |
| 12/06 | Withdrawal Returned ACH | | -17.00 | -1,126.81 |
| | In the amount $46.71 TECO/PEOPLE GAS | | | |
| 12/06 | Withdrawal Adjustment Fee Refund ACH | 17.00 | | -1,109.81 |
| 12/06 | RETRY: TECO/PEOPLE GAS 46.71 | | | |
| 12/09 | Deposit ACH AIRBNB 4977 | 809.37 | | -300.44 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/09 | Withdrawal ACH T-MOBILE | | -45.05 | -345.49 |
| | TYPE: PCS SVC ID: 0000450304 | | | |
| | DATA: 800-937-8997 CO: T-MOBILE | | | |
| | NAME: VILLA DE LA RONE INC | | | |
| 12/09 | Withdrawal OD Privilege Fee | | -34.00 | -379.49 |
| 12/09 | Withdrawal ACH ST. JOHNS COUNTY | | -359.98 | -739.47 |
| | TYPE: UTILITY ID: 0000063576 | | | |
| | DATA: 904-209-2700 CO: ST. JOHNS COUNTY | | | |
| 12/09 | Withdrawal OD Privilege Fee | | -34.00 | -773.47 |
| 12/11 | Withdrawal Returned 963406 | | -17.00 | -790.47 |
| | In the amount $466.60. | | | |
| 12/13 | Deposit ACH AIRBNB 4977 | 418.37 | | -372.10 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/16 | Withdrawal ACH ATT | | -65.23 | -437.33 |
| | TYPE: Payment ID: 9864031004 CO: ATT | | | |
| 12/16 | Withdrawal OD Privilege Fee | | -34.00 | -471.33 |
| 12/16 | Deposit ACH AIRBNB 4977 | 208.94 | | -262.39 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/19 | Deposit ACH AIRBNB 4977 | 568.98 | | 306.59 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/19 | Draft 963406 Tracer 13305879 | | -466.60 | -160.01 |
| 12/19 | Withdrawal OD Privilege Fee | | -34.00 | -194.01 |
| 12/20 | Withdrawal Returned ACH | | -17.00 | -211.01 |
| | In the amount $2,000.00 AMEX EPAYMENT | | | |
| 12/23 | Withdrawal Returned ACH | | -17.00 | -228.01 |

## XXXXXXXX08 - 90 VILLA DE LA RONE (CONTINUED)

| Date | Transaction Description | Credit | Debit | Balance |
|------|-------------------------|--------|-------|---------|
| | In the amount $2,000.00 AMEX EPAYMENT | | | |
| 12/23 | Withdrawal Adjustment Fee Refund ACH | 17.00 | | -211.01 |
| 12/23 | RETRY: AMEX EPAYMENT 2,000.00 | | | |
| 12/23 | Deposit ACH AIRBNB 4977 | 1,772.57 | | 1,561.56 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/24 | Withdrawal Returned ACH | | -17.00 | 1,544.56 |
| | In the amount $2,000.00 AMEX EPAYMENT | | | |
| 12/24 | Withdrawal Adjustment Fee Refund ACH | 17.00 | | 1,561.56 |
| 12/24 | RETRY: AMEX EPAYMENT 2,000.00 | | | |
| 12/30 | Deposit ACH AIRBNB 4977 | 944.00 | | 2,505.56 |
| | TYPE: AIRBNB ID: 1463165559 | | | |
| | CO: AIRBNB 4977 | | | |
| 12/31 | Withdrawal Maintenance Fee | | -12.95 | 2,492.61 |
| | **ENDING BALANCE:** | | | **$2,492.61** |

Dividends Paid YTD 0.13

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 306.00 | 544.00 |
| Total Returned Item Fees | 102.00 | 119.00 |

## Checking Account Detail: Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 963406 | 12/19 | 466.60 | | | | | | |



COMMUNITY FIRST financial wellness program **moveUP** **Empower yourself** with our financial wellness program. Learn More

Federally insured by NCUA.

# Exhibit E: Liquidation Analysis

# LIQUIDATION ANALYSIS

| | |
|---|---|
| **Case** | **24-03471 JAX** |
| **Name** | **RONE** |

| | |
|---|---|
| **1A. Total Value of Homestead listed on Schedule A** | $0.00 |
| **1B. Total Debt Owed on Homestead Property** | $0.00 |
| **1C. Exemption of Homestead on Schedule C** | |
| 1C1.Total Equity on Homestead    (0 if negative or any exemption claimed) | $0.00 |
| **1D. Total Value of All Other Real Property listed on Schedule A** | $1,211,523.00 |
| **1E. Total Debt listed on Schedule A for All other Real Property** | $1,598,334.00 |
| **1F. Total Exemption on non-homestead Property on Schedule C** | |
| 1F1. Total Equity on Other Real Property    (Line 1D - 1E - 1F, if negative list 0) | $0.00 |

**2. Review Schedules B and D for remaining Secured Assets.**

| Asset | Schedule B Value | Schedule D Amount of Claim | Equity | |
|---|---|---|---|---|
| Vehicles | $47,400.00 | $60,444.00 | $0.00 | |
| Accounts Receivable | $0.00 | $0.00 | $0.00 | |
| funiture | $9,950.00 | $0.00 | $9,950.00 | |
| Firearms and Jewelry | $750.00 | | $750.00 | |
| Checking and other liquid assets | $800.00 | | $800.00 | |
| Potential Claims - unknown | $0.00 | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| | | |
|---|---|---|
| 2A. Total Amount of Equity in the Secured Assets | (Sum of 2. equity) | $11,500.00 |
| **2B. Total Value of all Unsecured Assets** | | $0.00 |
| 2C. Total Value of all Assets on Schedule B | | $11,500.00 |
| 3A. Determine Total Equity in Real and Personal Property (lines 1C 1+ 1F1+2C) | | $11,500.00 |

| **3B. Other Exemptions in Schedule C** | **Exempt Amt** | Insure that you do not list exemptions twice |
|---|---|---|
| Personal Property - non Homestead | $5,000.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| 3B. Total Amount of Exemptions in Schedule C | | $5,000.00 |
| 3C. Total Equity in Assets | (3A - 3B) | $6,500.00 |
| 4A. Total amount of Priority Claims on Schedule E | | $0.00 |
| 4B. Administrative Fee | (25%) | $1,625.00 |
| **4C.  Liquidation Value of Assets** | **(3C - 4B)** | **$4,875.00** |

5A.Notes

| |
|---|
| Liquidation Value Does not included estimated Administrative Attorney's fees of $10,000.00 |
| Plan pays $6000 to unsecured creditors |
| |
| |
| |

**Exhibit F: Cash on hand on the effective date of the Plan**

**Estimated at $10,000 based on Employment income and Net Rental Income. Currently no Adequate Protection ordered for Renwick or Ft. Drum properties. To the extent that Adequate Protection is ordered in the future then the above estimated amount may be decreased.**

**Exhibit G: Projections of Cash Flow for Post-Confirmation Period**

Fill in this information to identify your case:

| Debtor 1 | **Stephanie** | **Alicia** | **Rone** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number (if known) **3:24-bk-03471-JAB**

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| Occupation | **RN** | |
| Employer's name | **Cedar Crest Hospital & Residential Treatment Center** | |
| Employer's address | **3500 S. IH-35** | |
| | Number Street | Number Street |
| | | |
| | | |
| | **Belton, TX 76513** | |
| | City        State        Zip Code | City        State        Zip Code |
| How long employed there? | **1 month** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$8,580.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | + **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | **$8,580.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................➔ | 4. | $8,580.00 | $0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $920.83 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $920.83 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $7,659.17 | $0.00 |

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8a. | $7,500.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8c. | $0.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $7,500.00 | $0.00 | | |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $15,159.17 | + $0.00 | = | $15,159.17 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

| | | |
|---|---|---|
| Specify: _____ | 11. + | $0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

| | |
|---|---|
| 12. | $15,159.17 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

8a. Attached Statement

## Air BNB Rental Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | **$6,000.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | **$1,500.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | **$1,500.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | **$4,500.00** |

8a. Attached Statement

# 437 Drum Rent Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income:                                                                           $3,000.00

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
    Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS                              $0.00

3.  Other Expenses

    TOTAL OTHER EXPENSES                                             $0.00

4.  TOTAL MONTHLY EXPENSES(Add item 2 - 21)                                           $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)                         $3,000.00

**Fill in this information to identify your case:**

Debtor 1            **Stephanie        Alicia          Rone**
                    First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing) _____
                    First Name         Middle Name     Last Name

United States Bankruptcy Court for the:    **Middle District of Florida**

Case number        **3:24-bk-03471-JAB**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**         ☐ No

   Do not list Debtor 1 and            ☑ Yes. Fill out this information
   Debtor 2.                                 for each dependent..............

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 16 | ☐ No. ☑ Yes. |
| Child | 17 | ☐ No. ☑ Yes. |
| Child | 10 | ☐ No. ☑ Yes. |
| Child | 2  | ☐ No. ☑ Yes. |
| Child | 11 | ☐ No. ☑ Yes. |

3. **Do your expenses include**        ☑ No
   **expenses of people other than**    ☐ Yes
   **yourself and your dependents?**

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|   |   | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | **$2,400.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | **$150.00** |
| 4d. | Homeowner's association or condominium dues | **$30.00** |

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $66.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $240.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $150.00 |
| 10. | **Personal care products and services** | 10. | $150.00 |
| 11. | **Medical and dental expenses** | 11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $300.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: **Alarm Monitoring** | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

21. **Other.** Specify: **See Additional Page**      21. + _____ $9,374.26

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.      22a. _____ $15,060.26

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b. _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.      22c. _____ $15,060.26

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*      23a. _____ $15,159.17

23b. Copy your monthly expenses from line 22c above.      23b. − _____ $15,060.26

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*      23c. _____ $98.91

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

|  | Amount |
|---|---|
| 21. **Other** | |
| Plan Payments | $0.00 |
| Renwick Property | $5,614.20 |
| Mercedes Payment | $707.04 |
| US Bank Ft. Drum | $2,356.92 |
| Dawkins IRA Ft. Drum | $596.10 |
| Unsecured Payments | $100.00 |