

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/29/2026 11:00 AM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:24-bk-03471-JAB** | **11** | **11/14/2024** |

**Chapter 11**

**DEBTOR:** Stephanie Rone

**DEBTOR ATTY:** Bryan Mickler

**TRUSTEE:** NA

**HEARING:**

Preliminary Hearing on Motion to Extend Time to File Required Financial Documents and to Serve Amended Disclosure Statement and Third Amended Plan Filed by Bryan K. Mickler on behalf of Debtor Stephanie Alicia Rone Doc 128
-Order (I) Directing Debtor to File Amended Disclosure Statement and Third Amended Plan of Reorganization, (II) Scheduling Confirmation Hearing, (III) Setting Related Deadlines, (IV) Setting Deadline for Filing Administrative Expense Applications, and (V) Directing Mediation and Appointing Mediator Doc 126

Note:
-Evidentiary Confirmation Hearing and several Motions for Cramdown, and Motion for Payment of Administrative Expenses by Ruel Smith on behalf of Rocket Mortgage, LLC are scheduled for 3/9/26 @ 10:00 a.m.

**APPEARANCES:**: Bryan Mickler: Attorney for Debtor; Stephanie Alicia Rone: Debtor; Jill Kelso: United States Trustee; Ruel Smith: Rocket Mortgage LLC

**WITNESSES:**

**EVIDENCE:**

**RULING:** Granted in Part (terms/conditions/requirements stated on the record) Order Mickler
Preliminary Hearing on Motion to Extend Time to File Required Financial Documents and to Serve Amended Disclosure Statement and Third Amended Plan Filed by Bryan K. Mickler on behalf of Debtor Stephanie Alicia Rone Doc 128

-Order (I) Directing Debtor to File Amended Disclosure Statement and Third Amended Plan of Reorganization, (II) Scheduling Confirmation Hearing, (III) Setting Related Deadlines, (IV) Setting Deadline for Filing Administrative Expense Applications, and (V) Directing Mediation and Appointing Mediator Doc 126

Note:

-Evidentiary Confirmation Hearing and several Motions for Cramdown, and Motion for Payment of Administrative Expenses by

Ruel Smith on behalf of Rocket Mortgage, LLC are scheduled for 3/9/26 @ 10:00 a.m.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.